```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 22847
    DWAYNE M TOLIVER
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

           Debtor
    SSN XXX-XX-7230


------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 12/05/2007 and was confirmed 02/22/2008.

      The plan was confirmed to pay secured creditors 100% and unsecured
 creditors  10.00%.

      The case was dismissed after confirmation 06/05/2008.
------------------------------------------------------------------------------
 CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
------------------------------------------------------------------------------
 PEOPLES GAS LIGHT & COKE  UNSECURED         605.85           .00            .00
 OVERLAND BOND & INVESTME  SECURED VEHIC    8389.00           .00         300.00
 OVERLAND BOND & INVESTME  UNSECURED         616.65           .00            .00
 INTERNAL REVENUE SERVICE  PRIORITY         3897.95           .00            .00
 CAB SERVICES              UNSECURED       NOT FILED          .00            .00
 CDA PONTIAC               UNSECURED       NOT FILED          .00            .00
 PROVENA HEALTH            UNSECURED       NOT FILED          .00            .00
 PROVENA HEALTH            UNSECURED       NOT FILED          .00            .00
 PROVENA HEALTH            UNSECURED       NOT FILED          .00            .00
 PROVENA HEALTH            UNSECURED       NOT FILED          .00            .00
 UNIVERSITY RADIOLOGY      UNSECURED       NOT FILED          .00            .00
 UNIVERSITY RADIOLOGY      UNSECURED       NOT FILED          .00            .00
 UNIVERSITY RADIOLOGY      UNSECURED       NOT FILED          .00            .00
 UNIVERSITY RADIOLOGY      UNSECURED       NOT FILED          .00            .00
 EMERGENCY ROOM CARE PROV  UNSECURED       NOT FILED          .00            .00
 EMERGENCY ROOM CARE PROV  UNSECURED       NOT FILED          .00            .00
 EMERGENCY ROOM CARE PROV  UNSECURED       NOT FILED          .00            .00
 B-REAL LLC                UNSECURED        1633.08           .00            .00
 HOLY CROSS HOSPITAL       UNSECURED        1312.55           .00            .00
 CLINICAL PATHOLOGY ASSOC  UNSECURED       NOT FILED          .00            .00
 CLINICAL PATHOLOGY ASSOC  UNSECURED       NOT FILED          .00            .00
 INTERNAL REVENUE SERVICE  UNSECURED       10729.29           .00            .00
 CLINICAL PATHOLOGY ASSOC  UNSECURED       NOT FILED          .00            .00
 CLINICAL PATHOLOGY ASSOC  UNSECURED       NOT FILED          .00            .00
 CLINICAL PATHOLOGY ASSOC  UNSECURED       NOT FILED          .00            .00
 ILLINOIS EMERGY PHYS      UNSECURED        1672.00           .00            .00
 IL EMERGENCY PHYS LLP     UNSECURED       NOT FILED          .00            .00
 IL EMERGENCY PHYS LLP     UNSECURED       NOT FILED          .00            .00
 IL EMERGENCY PHYS LLP     UNSECURED       NOT FILED          .00            .00
 IL EMERGENCY PHYS LLP     UNSECURED       NOT FILED          .00            .00
 US DEPT OF EDUCATION      UNSECURED       NOT FILED          .00            .00
 ROBERT J SEMRAD & ASSOC   REIMBURSEMENT     10.00            .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 22847 DWAYNE M TOLIVER
```

```
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY     3,500.00                              7.01
TOM VAUGHN                 TRUSTEE                                              22.99
DEBTOR REFUND              REFUND                                                 .00

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                                 RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                            330.00

PRIORITY                                                       .00
SECURED                                                     300.00
UNSECURED                                                      .00
ADMINISTRATIVE                                                7.01
TRUSTEE COMPENSATION                                         22.99
DEBTOR REFUND                                                  .00
                                 ---------------    ---------------
TOTALS                             330.00                   330.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 09/25/08                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE